**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUZ MARIA MEDRANO BARCO,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, Warden (or Facility Administrator), et al,<br><br>Respondents. | Case No. 5:26-cv-05970-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner Luz Maria Medrano Barco (A# 201-591-484) from custody subject to the same conditions (if any) that she was subject to at the time she was arrested and detained.

Respondents are ordered to return all property and documents confiscated from Petitioner (if any) during her arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from re-

detaining Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Granting Petition for Writ of Habeas Corpus to confirm that Petitioner's release from custody is subject to the same conditions (if any) that she was subject to at the time she was arrested and detained.

DATED: October 16, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE